UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MANNING ROLLERSON, | § § | |
| Plaintiff. | § § | |
| VS. | § § | CIVIL ACTION NO. 3:18–CV–00235 |
| PORT FREEPORT and UNITED STATES ARMY CORPS OF ENGINEERS, | § § § § | |
| Defendants. | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On October 21, 2019, United States Magistrate Judge Andrew M. Edison filed a Memorandum and Recommendation (Dkt. 51) recommending that The United States Army Corps of Engineers' Motion to Dismiss (Dkt. 37) be **GRANTED**.

On November 4, 2019, Rollerson filed Objections. *See* Dkt. 52. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's

Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 51) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) The United States Army Corps of Engineers' Motion to Dismiss (Dkt. 37) is **GRANTED**.

It is so **ORDERED**.

SIGNED and ENTERED this 15th day of November, 2019.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE